United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PAGALING,

    Plaintiff,

v.

NAPA STATE HOSPITAL,

    Defendant.

Case No. 22-cv-04483 BLF (PR)

**ORDER OF CLARIFICATION**

(Docket No. 10)

Plaintiff, a state prisoner, filed a civil rights complaint the Napa State Hospital ("NSH"), where he is currently confined. Dkt. No. 1 at 3. On December 5, 2022, the Court screened the complaint and found it stated a cognizable claim under the Americans with Disabilities Act ("ADA") and ordered the matter served on Defendants. Dkt. No. 8. A Request for Waiver was sent to Defendants on December 7, 2022. Dkt. No. 9.

On December 19, 2022, Plaintiff filed a letter stating that he received a "letter from the court to wave a service of summons to save the courthouse money." Dkt. No. 10 at 1. Plaintiff states that "[i]n my understanding the Federal Government is to represent me in this case" and he gives consent. *Id.*

Plaintiff is advised that the papers he received are merely copies of the materials prepared by the Clerk of the Court to be mailed to the named Defendants in this action, so

that they will appear in this action. Plaintiff is advised that the Federal Government is not representing him. Plaintiff will continue to represent himself in *pro se*, unless he obtains private counsel.

**IT IS SO ORDERED.**

Dated: __December 21, 2022____

_____
BETH LABSON FREEMAN
United States District Judge

Order of Clarification
PRO-SE\BLF\CR.22\04483Pagaling_clarification