|  |  |
|---|---|
| United States District Court<br>Northern District of California | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL JOSEPH PAGALING, | Case No. 22-cv-04483 BLF (PR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR JUDICIAL ARBITRATION AS PREMATURE** |
| NAPA STATE HOSPITAL, | |
| Defendant. | (Docket No. 13) |

Plaintiff, a state prisoner, filed a civil rights complaint the Napa State Hospital ("NSH"), where he is currently confined. Dkt. No. 1 at 3. On December 5, 2022, the Court screened the complaint and found it stated a cognizable claim under the Americans with Disabilities Act ("ADA") and ordered the matter served on Defendants. Dkt. No. 8. A Request for Waiver was sent to Defendants on December 7, 2022. Dkt. No. 9.

On January 25, 2023, Plaintiff filed a "motion to proceed via judicial arbitration," seeking a settlement in this matter. Dkt. No. 13. However, Defendant has not yet appeared in this matter, and it is too early to consider whether settlement is appropriate. Accordingly, the motion is DENIED as premature.

This order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: __February 7, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Denying Mot. for Arbitration as Premature
PRO-SE\BLF\CR.22\04483Pagaling_deny-arb(premature)