UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>   Plaintiff,<br><br>   v.<br><br>NAPA STATE HOSPITAL,<br><br>   Defendant. | Case No. 22-cv-04483 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 17) |

Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Napa State Hospital (NSH).  Dkt. No. 1.  On December 5, 2022, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendant.  Dkt. No. 8.  Defendant was directed to file a dipositive motion or notice regarding such motion*. Id.*  Defendant has filed a motion requesting an extension of time to file a motion for summary judgement.  Dkt. No. 17.

Having shown good cause, Defendant's motion is **GRANTED**.  Defendant shall file a motion for summary judgment **no later than June 12, 2023,** which is an extension of 117 days from the original deadline of May 3, 2022.  Plaintiff's opposition to Defendant's

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\00881Brown_eot_MSJ

motion shall be filed **no later than twenty-eight (28) days** from the date Defendant's motion is filed.  Defendant shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 17.

**IT IS SO ORDERED**

Dated:  __February 22, 2023___

　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge