UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA STATE HOSPITAL,<br><br>    Defendant. | Case No. 22-cv-04483 BLF (PR)<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY**<br><br><br>(Docket No. 20) |

Plaintiff, a state prisoner, filed a civil rights complaint against the Napa State Hospital ("NSH"), where he is currently confined. Dkt. No. 1. Defendant NSH filed an answer on February 6, 2023, with counsel. Dkt. No. 15. Defendant has filed a motion to substitute attorney, from Robert Tomlin to Kymberly E. Speer. Dkt. No. 20. The motion is **GRANTED**. Mr. Tomlin shall be terminated as Defendant's counsel in this matter.

This order terminates Docket No. 20.

**IT IS SO ORDERED.**

Dated: ___April 19, 2023_____                 _____
                                                                       BETH LABSON FREEMAN
                                                                       United States District Judge

Order Granting Motion to Subst. Atty
PRO-SE\BLF\CR.22\04483Pagaling_sub.atty