UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAPA STATE HOSPITAL,<br><br>　　　　　Defendant. | Case No. 22-cv-04483 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 23) |

　　　Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against personnel at the Napa State Hospital (NSH). Dkt. No. 1. On December 5, 2022, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendant. Dkt. No. 8. Defendant was directed to file a dipositive motion or notice regarding such motion. *Id.* Defendant has filed a motion requesting a second extension of time to file a motion for summary judgment. Dkt. No. 23.

　　　Having shown good cause, Defendant's motion is **GRANTED**. Defendant shall file a motion for summary judgment **no later than July 12, 2023,** which is an extension of 30 days. Plaintiff's opposition to Defendant's motion shall be filed **no later than**

**twenty-eight (28) days** from the date Defendant's motion is filed.  Defendant shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 23.

**IT IS SO ORDERED**

Dated:  __May 25, 2023_____

BETH LABSON FREEMAN
United States District Judge