UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOSEPH PAGALING,

    Plaintiff,

v.

NAPA STATE HOSPITAL,

    Defendant.

Case No. 22-cv-04483 BLF (PR)

**ORDER TERMINATING MOTION**

(Docket No. 26)

    Plaintiff, a state prisoner, filed a civil rights complaint the Napa State Hospital ("NSH"), where he is currently confined. Dkt. No. 1 at 3. On December 5, 2022, the Court screened the complaint and found it stated a cognizable claim under the Americans with Disabilities Act ("ADA") and ordered the matter served on Defendants. Dkt. No. 8. On May 25, 2023, Court granted Defendants' motion for a second extension of time to file a motion for summary judgment, setting a new deadline for July 12, 2023. Dkt. No. 24.

    On June 5, 2023, Plaintiff filed a "motion" stating that he refuses to sign "this extension for stipulation that I made an error in Stating the following." Dkt. No. 26. Plaintiff attached a copy of letter from Defendants' counsel, requesting Plaintiff's stipulation to a 30-day extension in the June 12, 2023 deadline for their dispositive motion. Dkt. No. 26-1. It appears that Plaintiff has misunderstood this request. Defendants merely

1  asked Plaintiff to agree to an extension of time to file their dispositive motion, nothing
2  more.  Defendants' motion has already been granted for good cause appearing.
3  Accordingly, Plaintiff's motion shall be terminated as moot.
4      This order terminates Docket No. 26.
5      **IT IS SO ORDERED.**

Dated:  ___June 12, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order Terminating Motion
PRO-SE\BLF\CR.22\04483Pagaling_mot

2