UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING,<br>　　　　　Plaintiff,<br>　　v.<br>NAPA STATE HOSPITAL,<br>　　　　　Defendant. | Case No. 22-cv-04483 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order granting Defendant's motion for summary judgment, this action is DISMISSED with prejudice.  Judgment is entered in favor of Defendant.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  ___February 20, 2024___　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.22\04483Pagalingjudgment